NEW YORK MUNICIPAL RAILWAY CORPORATION, by LIND-LEY M. GARRISON, Receiver, Respondent, v. INTER-CONTINENTAL CONSTRUCTION CORPORATION, Defendant, and GLOBE INDEMNITY COMPANY et al., Appellants.

(Submitted January 7, 1924; decided January 15, 1924.)

Motion for re-argument and for stay denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 526.)

---

JOSEPHINE FLEAHMAN, as Executrix of EMMA W. P. VALENTINE, Deceased, Respondent, v. SCHENECTADY RAILWAY COMPANY et al., Appellants.

*Fleahman* v. *Schenectady R. Co.*, 206 App. Div. 542, appeal dismissed. (Argued January 7, 1924; decided January 15, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 27, 1923, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that the Appellate Division had unanimously decided that there was evidence sufficient to sustain the verdict, that the exceptions were frivolous and that no question of law was presented for review.

*Walter A. Fullerton* for motion.

*John T. Norton* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.